## YOUNG v. WHITE.

(Supreme Court, Appellate Division, First Department. November 7, 1913.)

Appeal from Special Term, New York County.

Action by John Alvin Young against Archibald S. White. From an order resettling a prior order and granting an extension of time to answer upon conditions, defendant appeals and also appeals from the order which was resettled. Appeal from first order affirmed as modified, and appeal from last-mentioned order dismissed.

See, also, 143 N. Y. Supp. 936, 937.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Nathaniel A. Elsberg, of New York City, for appellant.

John C. Tomlinson, of New York City, for respondent.

McLAUGHLIN, J. This appeal is from an order dated June 24, 1913, resettling an order of June 17, 1913, granting an extension of time to answer upon certain conditions and from such prior order.

The facts in regard to the orders appealed from are the same as those in regard to similar orders in action No. 1, and for the reasons stated in the opinion on that appeal the order of June 24, 1913, must be modified by striking therefrom the conditions imposed upon the defendant for answering, and as thus modified affirmed, with $10 costs and disbursements to the appellant, and the appeal, in so far as it relates to the order of June 17, 1913, is dismissed, without costs to either party. All concur.

## YOUNG v. WHITE.

(Supreme Court, Appellate Division, First Department. November 7, 1913.)

Appeal from Special Term, New York County.

Action by John Alvin Young against Archibald S. White. From an order denying a motion to vacate a prior order, defendant appeals. Appeal dismissed.

See, also, 143 N. Y. Supp. 936, 937.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Nathaniel A. Elsberg, of New York City, for appellant.

John C. Tomlinson, of New York City, for respondent.

McLAUGHLIN, J. This appeal is from an order denying a motion to vacate a prior order. Such prior order has been modified by this court in a decision handed down herewith.

This appeal, therefore, is dismissed, without costs to either party. All concur.